IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Rubenia Rauda De Hernandez<br>9920 Georgia Avenue Apt. 4<br>Silver Spring MD 20902<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th Street, N.W.<br>Washington, D.C. 20001<br><br>And<br><br>B&B Construction Group LLC<br>9735 Royal Crest Circle<br>Rockville MD 20850<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   CASE NO.:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

ANSWER OF DEFENDANT
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

FIRST DEFENSE

The Complaint fails to state a cause of action against Defendant Washington Metropolitan Area Transit Authority (hereinafter, WMATA) upon which relief may be granted.

SECOND DEFENSE

In accordance with FED. R. CIV. P. 8(b)(3), the Defendant generally denies all the allegations in the Plaintiff's Complaint.

THIRD DEFENSE

If the Plaintiff was injured and damaged as alleged in the Complaint, such injuries and

damages were caused by her sole or contributory negligence, and/or assumption of the risk and/or the negligence of a the co-defendant and/or the negligence of a third party.

### FOURTH DEFENSE

All or some of Plaintiff's claims may be barred by Defendant WMATA's governmental immunity under Section 80 of the WMATA Compact as codified in § 10-204 of the Transportation Article of the Annotated Code of Maryland (2004).

### FIFTH DEFENSE

The WMATA Compact, codified at § 10-204 of the Transportation Article of the Annotated Code of Maryland, and applicable case law thereunder, limits Defendant WMATA's liability, if any, to that amount recoverable against the State of Maryland, and any such liability is further limited by the Maryland cap on non-economic damages.

### SIXTH DEFENSE

Defendant WMATA intends to rely on all defenses available from the evidence at the time of any trial and expressly reserves its right to assert such defenses as the facts become known.

### SEVENTH DEFENSE

WMATA is not subject to pre-judgment interest under applicable law.

WHEREFORE, having fully answered the Complaint, Defendant WMATA requests this matter be dismissed and it be awarded the cost of responding to this suit.

### JURY DEMAND

Pursuant to FED. R. CIV. P. 38 (b)(1), Defendant WMATA demands a trial by jury of the above-captioned case.

WHEREFORE, having fully answered the Complaint, Defendant WMATA requests this matter be dismissed and it be awarded the cost of responding to this suit.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

Kathryn H.S. Pett *
General Counsel

Kathleen A. Carey #10430
Chief Counsel - Torts

Brendan H. Chandonnet #18087
Assistant General Counsel
WMATA-COUN
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-2805
e-mail:  bchandonnet@wmata.com

*       Kathryn H.S. Pett is not a member of the Bar of this Court.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer to the Complaint was filed and served this 6th day of November, 2013 on:

Jonathan Carroll
Jexic, Krum & Moyse, LLC
2730 University Boulevard West, Suite 910
Wheaton, MD 20902
Attorney for Plaintiff

B&B Construction Group
51 Monroe Street, Suite 1405
Rockville, MD 20850

Brendan H. Chandonnet